1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALEXANDER PAGE,

    Plaintiff,

  v.

CURTIS WRIGHT, *et al.*,

    Defendants.

Case No. C08-5215  BHS/KLS

ORDER DIRECTING PLAINTIFF TO SUBMIT SERVICE COPIES AND SERVICE FORMS FOR SERVICE OF PLAINTIFF'S COMPLAINT

17
18
19
20

The court has reviewed Plaintiff's proposed Complaint (Dkt. # 3). Plaintiff is directed to supply service copies[1] and supply necessary information so that the Court may direct the United States Marshal to serve the Complaint and summons upon the named Defendants.

Accordingly, it is **ORDERED:**

21
22
23
24
25
26

(1)    The Clerk of the Court is directed to send service forms to Plaintiff;

(2)    Plaintiff is directed to fill out the forms with complete addresses for the Defendants and return the forms with service copies of the Complaint so that the U.S. Marshal may attempt service by mail upon the named Defendants. These documents must be returned on or before **May 30, 2008,** or the Court will recommend dismissal of this action for failure to

27
28

---

[1] The court has read Plaintiff's letter complaining that the Pierce County Jail charges $0.15 per copy. (Dkt. # 4) Despite Plaintiff's *in forma pauperis status*, he must supply the court with the copies and information necessary to identify the defendants to be served. All *pro se* prisoners are similarly obligated.

ORDER
Page - 1

prosecute.

DATED this  2nd  day of May, 2008.

                                                Karen L. Strombom
                                                United States Magistrate Judge

ORDER
Page - 2