UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALEXANDER PAGE,

    Plaintiff,

  v.

CURTIS WRIGHT, *et al.,*

    Defendants.

Case No. C08-5215 BHS/KLS

ORDER REGARDING PLAINTIFF'S LETTER FILINGS AND AMENDED INFORMATION/STATEMENT

    Presently before the court are letters (Dkts. # 9 and 10) and an Amended Information/ Statement (Dkt. # 11) filed by Plaintiff, regarding Plaintiff's attempt to obtain copies of his trust account statement for submission with his application to proceed *in forma pauperis* and failure of the Pierce County Jail to provide copies and postage.  Plaintiff is advised that he was previously granted *in forma pauperis* status based upon the information he provided to the court on April 4, 2008. (Dkt. #5; *See* Order at Dkt. # 6).  Therefore, his complaints about not receiving the trust account information are moot and any attempt to "amend" (Dkt. # 11) is denied.

    If Plaintiff wishes to amend his complaint, he is advised that any amended pleading supersedes the original complaint (and all supplements and briefs) in their entirety, making those previous filings as if they no longer existed.  The new pleading may not supplement any prior pleading and must contain all parties, factual allegations, causes of action, relief sought, and exhibits.  The court will not accept supplements to or references to earlier filings as part of any amended complaint.

ORDER - 1

1    Plaintiff is also advised that if he seeks relief from this court he must do so in the form of a
2 motion, properly filed, served on any defendants who have appeared in this action, and noted for
3 hearing according to the Federal Rules of Civil Procedure.  The Court Clerk will not respond to
4 letter inquiries seeking legal advice.
5    Finally, Plaintiff is reminded that he was ordered to submit service copies and service forms
6 for service of his complaint by May 30, 2008.  That deadline has passed.  The court will allow
7 Plaintiff additional time, until **June 27, 2008** to submit these documents.  If they are not received by
8 the court on **June 27, 2008**, the court will recommend dismissal of this case for failure to prosecute.
9    The Court Clerk shall provide Plaintiff with a copy of the court's previous Order directing
10 Plaintiff to submit service copies and service forms (Dkt. # 8) with a copy of this Order.
11    DATED this  9th  day of June, 2008.

           Karen L. Strombom
           United States Magistrate Judge

ORDER - 2