AO 450 (Rev. 5/85) Judgment in a Civil Case  ⊜

# United States District Court

WESTERN DISTRICT OF WASHINGTON

ALEXANDER PAGE

JUDGMENT IN A CIVIL CASE

v.

CURTIS WRIGHT, et al.,

CASE NUMBER: C08-5215BHS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Court adopts the Report and Recommendation; and

This action is **DISMISSED without prejudice** for failure to prosecute.

September 23, 2008    BRUCE RIFKIN
Date                          Clerk

                                       *s/CM Gonzalez*
                                       Deputy Clerk